## N. Y. C. RD. CO. v. P. U. C.

Ohio Supreme Court.

No. 21275. Decided Nov. 26, 1928.

Error to P. U. C.

Order Affirmed.

ROBINSON, J.

### COMMON CARRIERS

(130 R2) The fact that a controversy exists between a shipper and a common carrier does not justify such common carrier in refusing to serve such shipper.

### PUBLIC UTILITIES COMMISSION

(480 P) The fact that such controversy arises out of a contract does not deprive the Public Utilities Commission of Ohio of jurisdiction to require service.

The Public Utilities Commission of Ohio has jurisdiction to require just and reasonable freight and passenger service from an interstate common carrier for intrastate business, so long as such requirement is not inconsistent with an order of the Interstate Commerce Commission, Section 1, Article 17, Interstate Commerce Act; and has jurisdiction over the construction or abandonment of spur, industrial, team, switching or side tracks, located wholly within the state, Article 22, same section.

Marshall, CJ., Day, Allen, Kinkade, Jones and Matthias, JJ., concur.

---

### HONORABLE JOHN PORTER CAMERON

Defiance, Ohio, November 26th, 1928.
**Resolution of Defiance County Bar Association**
The Honorable John Porter Cameron was born in Defiance County, Ohio, March 29th, 1851. He died at his home in the City of Defiance, November 17th, 1928. He received his early education in the local public schools and in the Normal Academy at Bryan, Ohio. In 1875, he was graduated from the Law Department of the University of Michigan. In 1876, he came to the City of Defiance and was admitted to the bar to practice his profession. In 1877, he formed a partnership with the Honorable W. D. Hill and Gilbert E. Myers, which partnership was dissolved in 1879, and he thereafter formed a partnership with Benjamin F. Enos of Defiance, which continued until January 1st, 1882, when Mr. Enos was elected Prosecuting Attorney of Defiance County. Shortly thereafter, he entered into a partnership with Henry B. Harris under the firm name of Harris and Cameron, which was discontinued February 1st, 1882, when Mr. Cameron entered into the office of Clerk of Courts to which he had been elected. At the expiration of his term on February 1st, 1885, the partnership of Harris & Cameron was resumed and this firm was long recognized as the leading law firm in Northwestern Ohio. On January 1st, 1895, Tellis T. Shaw became a member of the firm, which was thereafter known as Harris, Cameron and Shaw, until February 9th, 1903, when Tellis T. Shaw retired from the firm to assume the office of Probate Judge.

Judge Cameron also retired from the firm on December 1st, 1906, to assume the office of Judge of the Court of Common Pleas of the Third Sub-Division of the Third Judicial District of Ohio, to which he had been elected. This position Judge Cameron held until February 9th, 1913, when he declined to be a candidate for re-nomination. In April of 1889, Judge Cameron was elected City Solicitor of the City of Defiance, and served one term, when he accepted an appointment as Assistant United States District Attorney for the Northern District of Ohio, with office in Cleveland. He resigned this position to follow the practice of law. In April, 1903, he was elected Mayor of the City of Defiance, which office he held for one term, declining to stand for re-election.

Judge Cameron was a disinguished member of the Masonic Fraternity. He was a charter member of Omega Lodge, F. & A. M., Ensawocsa R. A. M., Occonoxee Council R. & S. M., Defiance Commandery K. T., was a charter member of the Toledo Consistory and December 16th, 1908, received the 33rd degree in the Supreme Council of the ancient and Accepted Scottish Rite. He was, also, a charter member and past Patron of the Defiance Chapter of Order of Eastern Star. On November 1st, 1898, he was united in marriage to Fannie Wisler, who was an efficient instructor in the Public Schools of the City of Defiance, who survives him. He is, also, survived by one brother, Doctor Robert B. Cameron and a large number of nieces, nephews and other relatives. He came of Scotch ancestry, some of whom were nationally known, such as Simon Cameron who served with distinction in the Congress of the United States.

Judge Cameron brought to the practice of his profession a profound sense of the obligations and duties that rested upon him as a practitioner of the law. He believed that by reason of his profession, he owed a duty to his country and nation to see that the law was properly administered and enforced. He was a wide reader and a profound student, notably in the literature of the law and political and social history of the people of the United States. In his long practice, he not only used and applied the knowledge thus acquired, but in every case submitted to him, he first acted as Judge and weighed the various aspects of the cause, to fix in his own mind, the party in the right, before he became an advocate. He was recognized not only by the local courts but by all of the courts in which he practiced, both State and Federal, as an advocate of great skill and effectiveness. He had a scholarly equipment, a well informed and a keen sense of justice, great patience,